**Order entered September 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01206-CV

### IN RE JAMES LATIMER, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-51478-2009**

## ORDER

Based on the Court's order of this date, we **DENY** relator's petition for writ of
mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     ADA BROWN
         JUSTICE